```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

STANISLAW JAGLA,              )
                              )
          Plaintiff,           )
                              )
     v.                       )    No. 06 C 6199
                              )
BMO FINANCIAL GROUP, et al.,  )
                              )
          Defendants.          )

                       MEMORANDUM ORDER

   This Court has received a September 21, 2007 order from the Court of Appeals that affirmed the judgment of dismissal of this action that this Court had entered, with one exception: Plaintiff Stanislaw Jagla's claim based on his September 2005 application for employment as Commercial Relations Manager for Harris Bank was ordered to be made the subject of further proceedings on remand.  Although the remand order has not yet been lodged in this District Court, this Court sees no reason to delay the institution of appropriate further proceedings.  Accordingly this action is set for a status hearing date at 9 a.m. October 12, 2007.  In preparation for that hearing the parties are ordered to file statements (including any available supporting documentation) as to:

        1.  the date on which Jagla delivered his application
     for the Commercial Relations Manager job to Harris Bank; and
        2.  the date on which Jagla was apprised that his
     application had been denied.

Those submissions must be filed (including delivery of a courtesy copy to this Court's chambers) on or before October 11, 2007.

_____
Milton I. Shadur
Senior United States District Judge

Date: September 27, 2007